

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/15/2018

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Cesar A. Guerrero and Diana Cuellar | § | No.  17-35188-H5 |
| | § | Chapter 13 |
| | § | |
| **DEBTORS** | § | |

SECOND AMENDED
ORDER FOR EMPLOYER TO PAY CHAPTER 13 TRUSTEE

**ORDERED:**

**1.** BAKER HUGHES PAYROLL USA  P.O. BOX 674430  HOUSTON, TX 77267-4430 is ordered to pay as follows:

$ 1,200.00 BI-WEEKLY for Monthly Payment of $2,600.00 for Months May 2018 through through October 2019; AND

$ 1,242.46 BI-WEEKLY for Monthly Payment of $2,692.00 for Months November 2019 through May 2021; AND

$ 1,528.62 BI-WEEKLY for Monthly Payment of $3,312.00 for Months June  2021 through through September 2022

out of the income of **Cesar A. Guerrero** to the Chapter 13 Trustee. Payment shall be made to:

**William E. Heitkamp**
**Chapter 13 Trustee**
**P.O. Box 740**
**Memphis, TN  38101-0740**

2. These wage deductions shall continue until further order of this Court.

3. The Chapter 13 Trustee and the Debtors shall each submit a copy of this order to the employer.

4. The employer, or its agent, shall not charge the Debtor any fee for the execution of or compliance with this Order.

Signed: May 15, 2018

_____
Jeffrey P. Norman
United States Bankruptcy Judge